USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUC BURBON, on behalf of herself and all others similarly situated,

    Plaintiffs,

-against-

DHL EXPRESS (USA), INC., a subsidiary of DHL INTERNATIONAL GMBH
    Defendant.

Case No. 1:18-cv-04787-LGS

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
        October 29, 2018

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorney for Plaintiff*

By: _____
Alvaro Hasani, Esq.
Fisher & Phillips LLP
430 Mountain Ave.
Murray Hill, NJ 07974
ahasani@fisherphillips.com
*Attorney for Defendant*

Dated: November 1, 2018
    New York, New York

SO ORDERED

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE